

# Fourth Court of Appeals
## San Antonio, Texas

March 21, 2018

No. 04-17-00397-CR

Sherman **ROBINSON,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR0702
The Honorable Laura Lee Parker, Judge Presiding

# O R D E R

The Trial Court's Motion for Extension of time to file its response is hereby GRANTED. The Trial Court's response is due on March 23, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of March, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court